leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ELIX KRAVITZ, Respondent, v. ANNA LEVY and Another, Defendants, and C. B. W. HOLDING CORPORATION, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

EDNA LINK, Respondent, v. O-SO-WHITE, INC., Appellant.— Motion to extend time to answer denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ROBERT K. MACLEA, Appellant, v. FREDERICK W. SMYTHE and HARRY T. LINDEBERG, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ANNA MILLER and ELLEN BULLOCK, Respondents, v. GRACE F. MULVEY, Defendant, and GEORGE W. BERSCH and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

EMANUEL NEWMAN, as Agent of DANDY REALTY Co., INC., Respondent, v. PETER GEORGE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

HERMAN PERSSON, Respondent, v. GULF REFINING COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO GULIETTA, Appellant.— Motion to enlarge time to perfect and argue appeal granted and time enlarged to the May term. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY MARTUCCI, Appellant.— Motion for reargument of motion denied. Motion for enlargement of time denied. Motion to resettle order granted and order resettled so as to provide that the determination was made for want of power under the statute to extend time after expiration of the statutory period, and not as a matter of discretion. The presiding justice will certify that the order dismissing the appeal involves a question of law which should be reviewed by the Court of Appeals. Submit order in this connection. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE J. O'NEILL, Appellant.— Motion granted and time to perfect and argue appeal enlarged to the May term. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL RICHETTI, Appellant.— Motion for reargument of motion denied. Motion for enlargement of time denied. Motion to resettle order granted and order resettled so as to provide that the determination was made for want of power under the stat-

ute to extend time after expiration of the statutory period, and not as a matter of discretion. The presiding justice will certify that the order dismissing the appeal involves a question of law which should be reviewed by the Court of Appeals. Submit order in this connection. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

MILDRED RYAN, Respondent, v. DESSIE F. RYAN, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

LENA TUCCI, Respondent, v. FRANK TUCCI, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

WOLNICAR SHOE CO., INC., Respondent, v. STEVE ALEXANDERSON, etc., and Others, Appellants.— Motion withdrawn upon stipulation of counsel. Order signed. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

HYMAN WORHAFTIG, Plaintiff, v. FRIENDSHIP BUILDING CORPORATION and HYMAN WOLFENSON, Appellants. HARRY WEINGUS, Respondent, and Others, Defendants.— Motion for stay of trial denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ARTHUR ALBERT, Respondent, v. BORIS TAITS and Others, Appellants.— Judgment and order reversed upon the law and the facts, and new trial granted, costs to abide the event, unless plaintiff, within five days from service of a copy of the order herein, stipulate to reduce the verdict to the sum of $453.50, in which event the judgment as so modified, and the order, are affirmed, without costs. The verdict should be reduced as herein indicated, as this represents the aggregate amount of the expenditures incurred by plaintiff. Lazansky, P. J., Kapper, Hagarty and Scudder, JJ., concur; Rich, J., dissents.

ROBERT ALBERT, an Infant, by His Guardian ad Litem, ARTHUR ALBERT, Respondent, v. BORIS TAITS and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

SELIG BERNSTEIN, Respondent, v. BARNEY ZINICK, Appellant.— Order denying motion to vacate or modify notice of examination before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of striking from the notice items numbered 10, 12 and 17. Examination to proceed on five days' notice at same hour and place. Plaintiff cannot have an accounting until he has established the copartnership or the joint venture. (Slaughter v. Turkel, 146 App. Div. 620; Pollock v. Sachs, 173 id. 934.) Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

MAX BOTTSTEIN, Respondent, v. SIDNEY F. MILLER and Others, Appellants.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Young and Tompkins, JJ., concur; Carswell and Scudder, JJ., dissent and vote for a new trial upon the ground that the determination of the trial court was against the weight of the evidence.

BRIGHTON LUMBER & TRIM CO., INC., Respondent, v. O. M. L. REALTY COR-